STEVEN B, WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 10019
**NICOLE R. MALICH**
Deputy District Attorney
State Bar No. 013180
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail:  Scott.Davis@ClarkCountyDA.com
              Nicole.Malich@ClarkCountyDA.com
Attorneys for Defendant *Clark County (collectively Clark County and Clark County Real Property Management)*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| HERMAN OSCAR BRITZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY REAL PROPERTY MANAGEMENT, an agency of Clark County, Nevada; CLARK COUNTY, NEVADA, a governmental entity or subdivision; DOE individuals 1-10; ROE Nevada State Government Entities or Political Subdivision <br><br> Defendant. | Case No: <br><br> **DEFENDANTS' NOTICE OF REMOVAL** |

   Pursuant to 28 U.S.C. § 1441 Defendants Clark County Real Property Management and Clark County (collectively "County"), by and through counsel Steven Wolfson, Clark County District Attorney, Scott R. Davis, Deputy District Attorney, and Nicole R. Malich, Deputy District Attorney, hereby remove this action to this Court. In support of this removal, Defendants state as follows:

   1.  This action was commenced in the Eighth Judicial District Court of Clark County, State of Nevada. The Complaint was filed with the Eighth Judicial District Court on September 2, 2021 under Case No. A-21-840528-C.  Defendant Clark County Real Property

Management was served with process on or about December 28, 2021; Defendant Clark County was served with process on or about December 28, 2021.

2. This Notice of Removal is filed within thirty (30) days after receipt by Defendants of the Complaint, in compliance with 28 U.S.C. § 1446(b). Pursuant to 28 USC § 1446(a), a copy of the following are attached hereto Exhibit A –Complaint and Initial Appearance Fee Disclosure; Exhibit B - Summons on Defendants Clark County Real Property Management; Exhibit C - Summons on Defendants Clark County; Exhibit D – Notice of Filing Affidavits of Service. As of the time of this filing, no other pleadings have been filed or served and no other orders have been entered.

3. Removal is appropriate pursuant to 28 U.S.C. § 1441(b) as this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (granting district courts original jurisdiction over claims arising under the laws of the United States). The causes of action invoked by Plaintiff arise under the laws of the United States, specifically the Americans with Disabilities Act, 42 U.S.C. § 12112, the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, and Retaliation.

4. All named Defendants are requesting removal.

5. The above-entitled action is a civil action for general damages, special damages, consequential damages, punitive damages, and reinstatement based upon allegations of federal statutory law.

6. Pursuant to 28 U.S.C. § 1446(a), the state court in which this action was commenced is within this Court's jurisdiction.

7. Pursuant to 28 U.S.C. § 1446(b), Defendants file this Notice of Removal within thirty (30) days of receipt of Plaintiff's Complaint in the state court action.

///
///
///
///
///

8. Pursuant to 28 U.S.C. § 1446(d), Defendants certify that a copy of this Notice of Removal will be served promptly on Plaintiff and filed with the Clark of the Eighth Judicial District Court, Clark County, Nevada.

DATED this 24th day of January, 2022.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: */s/ Scott Davis*
SCOTT R. DAVIS
Deputy District Attorney
State Bar No. 10019
NICOLE R. MALICH
Deputy District Attorney
State Bar No. 013180
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Attorneys for Defendant *Clark County (collectively Clark County and Clark County Real Property Management)*

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the 24th day of January, 2022, I deposited in the United States Mail, postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope, a copy of the above and foregoing **Defendant's Notice of Removal** addressed as follows:

SCHWAB LAW FIRM, PLLC
Evan D. Schwab, Esq.
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*
evan@schwablawnv.com

                          */s/ Christine Wirt*
                          An Employee of the Clark County District Attorney's Office – Civil Division