STEVEN B, WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 10019
By: **NICOLE R. MALICH**
Deputy District Attorney
State Bar No. 13180
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
         Nicole.Malich@ClarkCountyDA.com
Attorneys for Defendant *Clark County* and
*Department of Real Property Management*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN OSCAR BRITZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY REAL PROPERTY MANAGEMENT, an agency of Clark County, Nevada; CLARK COUNTY, NEVADA, a governmental entity or subdivision, <br><br> Defendant. | Case No: 2:22-CV-00128-RFB-VCF <br><br> **REQUEST FOR EXEMPTION FROM ENE ATTENDANCE REQUIREMENT** |

Defendant CLARK COUNTY (identified in the above-caption as both "Clark County Real Property Management" and "Clark County") through its attorney STEVEN B. WOLFSON, District Attorney, by Scott R. Davis, Deputy District Attorney, and Nicole R. Malich, Deputy District Attorney in accordance with the Order Scheduling Early Neutral Evaluation Session (ECF# 7), requests exemption to the attendance requirements set forth therein as follows:

The authority of the Court to schedule an Early Neutral Evaluation ("ENE") is found in LR 16-6. The issue of representation by a public body defendant at a settlement conference was addressed by the Advisory Committee to the Federal of Rules of Civil

Procedure in 1993. The Advisory Committee noted with regard to ordering the appearance of a governmental entity, as follows:

> Particularly in litigation in which governmental agencies or large amounts of money are involved, there may be no one with on-the-spot settlement authority, and the most that should be expected is **access to a person who would have a major role in submitting a recommendation to the body** or board with ultimate decision-making authority. The selection of the appropriate representative should ordinarily be left to the party and its counsel.

Advisory Committee Note to 1993 Amendments to Fed. R. Civ. P. 16(c)(9) (emphasis added.)

In this case, a seven-member Board of County Commissioners for Clark County has the ultimate authority to settle the case. However, Defendants request an exception from attendance by the Board of County Commissioners pursuant to LR 16-6(e). Les Lee Shell, the Risk Manager for Clark County is the appropriate representative and will attend the ENE.

As required by ECF # 7, the parties have consulted and agreed that this exemption is appropriate. (See attached declaration).

## CONCLUSION

Based upon the foregoing, Defendant requests an exception to the attendance requirements for the ENE to allow the attendance of Les Lee Shell, as the authorized representative of Defendant.

DATED this 2nd day of March 2022.

        STEVEN B. WOLFSON
        DISTRICT ATTORNEY

        By: /s/ Scott R. Davis
        SCOTT R. DAVIS
        Deputy District Attorney
        State Bar No. 010019
        500 South Grand Central Pkwy., Suite 5075
        Las Vegas, Nevada 89155-2215
        Attorneys for Defendants *Clark County* and *Department of Real Property Management*

**IT IS SO ORDERED.**

_/s/ Elayna J. Youchah_
**U.S. MAGISTRATE JUDGE**

**Dated: March 2, 2022**