STEVEN B, WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 010019
By: **NICOLE R. MALICH**
Deputy District Attorney
State Bar No. 13180
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
Nicole.Malich@ClarkCountyDA.com
Attorneys for Defendant *Clark County* and
*Clark County Real Property Management*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN OSCAR BRITZ, JR.,<br><br>  Plaintiff,<br><br>  vs.<br><br>CLARK COUNTY REAL PROPERTY MANAGEMENT, an agency of Clark County, Nevada; CLARK COUNTY, NEVADA, a governmental entity or subdivision; DOE individuals 1-10; ROE Nevada State Government Entities or Political Subdivision,<br><br>  Defendant. | Case No: 2:22-CV-00128-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   It is hereby stipulated and agreed by and between the parties and respective counsel that the above-entitled action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

*Herman Oscar Britz Jr. v. Clark County Real Property Management, et al*
USDC Case No. 2:22-cv-00128-RFB-VCF
Stipulation and Order for Dismissal with Prejudice

DATED this 9th day of June, 2022.

Schwab Law Firm, PLLC

By: /s/ Evan D. Schwab
EVAN D. SCHWAB, ESQ.
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
Attorney for Plaintiff *Herman Britz, Jr.*

DATED this 9th day of June, 2022.

STEVEN B. WOLFSON
District Attorney

By: /s/ Scott Davis
SCOTT R. DAVIS
Deputy District Attorney
NICOLE R. MALICH
Deputy District Attorney
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155
Attorneys for Defendants *Clark Count and Clark County Real Property Management*

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of June, 2022.

_____
RICHARD E. BOULWARE, II
United States District Court